UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DARRELL G. TATE,<br>　　　　Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE , Commissioner of Social Security, Secretary, Health & Human Services,<br>　　　　Defendant. | No. C09-5302RJB<br><br>ORDER FOR EXTENSION OF TIME |

Based on the stipulation and agreement of the parties, it is hereby

ORDERED that the briefing schedule in the above case is amended as follows:

The Plaintiff shall file an opening brief by October 15, 2009;

Defendant shall file a responding brief to Plaintiff's Opening Brief by November 16, 2009;

Plaintiff's Reply Brief is due by November 30, 2009(optional); and

Oral argument shall be requested by December 7, 2009.

DATED this 6th day of October, 2009.

　　　　　　　　　　　　　　　　　　/s/ J. Richard Creatura
　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**ORDER FOR EXTENSION OF TIME - 1**