# United States District Court

WESTERN DISTRICT OF WASHINGTON

DARRELL TATE

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5302RJB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court **adopts** the Report and Recommendation (Dkt. 17); and

(2)    The administrative decision is **AFFIRMED.**

| April 22, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                *s/ Mary Trent*
                                                 Deputy Clerk